[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

RECEIVED
AC

4/8/2020

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

Jacob M. Currey

(Enter above the full name of the plaintiff or plaintiffs in this action)

JUDGE KENDALL

MAGISTRATE JUDGE HARJANI

vs.

Case No: 1:20-CV-02254
(To be supplied by the Clerk of this Court)

Kendall County Sheriff's Office
Jeanne Russo
Advanced Correctional Healthcare
Adriana Valdez Contreras

PC 8

(Enter above the full name of ALL defendants in this action. Do not use "et al.")

**CHECK ONE ONLY:**

✓ **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

_____ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

_____ **OTHER** (cite statute, if known)

***BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.***

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**I. Plaintiff(s):**

A. Name: Jacob M. Currey

B. List all aliases: None

C. Prisoner identification number: 280811

D. Place of present confinement: Kendall County Sheriff's Offic

E. Address: 1102 Cornell Lane Yorkville, IL 60560

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

**II. Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A. Defendant: Kendall County Sheriff's Office

Title: Sheriff's Office

Place of Employment: 1102 Cornell Ln. Yorkville, IL

B. Defendant: Jeanne Russo

Title: Jail Commander

Place of Employment: 1102 Cornell Ln. Yorkville, IL

C. Defendant: Advanced Correctional Healthcare

Title: Facility Healthcare

Place of Employment: 1102 Cornell Ln. Yorkville, IL

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

INMATE LEGAL 3/20/'20

Defendant (s)

D. Defendant: Adriana Valdez Contreras

Title: Medical

Place of Employment: 1102 Cornell Ln.
Yorkville, IL 60560

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: None

B. Approximate date of filing lawsuit: N/A

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: N/A

D. List all defendants: N/A

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): N/A

F. Name of judge to whom case was assigned: N/A

G. Basic claim made: N/A

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): N/A

I. Approximate date of disposition: N/A

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

INMATE LEGAL 3/20/'20

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Plaintiff Was Denied The Right to Adequate Metical Care Unter The Fourteenth Amendment To the Constitution

① On or about August 19, 2018, Plaintiff chipped his tooth

② On or about August 21, 2018, Plaintiff was seen by Medical and told dental appointment was Scheduled (9/10/18 2 P.M.)

③ On or about September 14, 2018, Plaintiff Submitted an Inmate Request stating that he had not been taken to the dentist

④ On or about September. 18, 2018, Plaintiff is given Medical clearance for dental procedures

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

INMATE LEGAL 3/20/'20

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

(5) On or about September 24, 2018, Plaintiff Submitted an Inmate Request Stating that the dentist required a Follow Up.

(6) On or about September 29, 2018, Plaintiff Spoke with Medical to confirm a dental Appointment was schetuled. He was told to fill out a Sick call form so an appointment can be made and he would be charged $5.00. For the additional work.

(7) On or about September 29, 2018, Plaintiff filled out and submitted a Sick call form Stating tooth pain and that the dentist required a follow up appointment.

(8) On or about October 3, 2018, Plaintiff Spoke with medical to confirm a dental Appointment was Schetuled. He was told that it was, but could not be told when for security reasons

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

INMATE LEGAL 3/20/'20

(9) On or about October 20, 2018, Plaintiff spoke with medical to state he had not been taken to the dentist and his tooth pain is increasing. He was informe[d] he had to fill out another sick call form so he could get doctor approval.

(10) On or about October 20, 2018, Plaintiff filled out another sick call form and submitted it stating tooth pain.

(11) On or about October 23, 2018, Plaintiff is seen by medical and states his tooth pain is severe and preventing sleep. He also states that the dentist required a follow up and that he was told an appointment was made, but still has not been taken. He is informed that an appointment will be made, but could not be told how soon due to security reasons.

(12) On or about October 30, 2018, Plaintiff spoke with medical about why he had not yet been taken to the dentist and that the tylenol was not helping reduce the pain. He was informed tylenol was the best he could get and he is required to take an antibiotic and be charged an additional $5.00 before he could get doctor approval.

(13) On or about ~~[illegible]~~ November 13, 2018, Plaintiff submitted an Inmate Request stating that his tooth is still in pain and he had complete the antibiotic treatment required to get

INMATE LEGAL 3/20/'20

doctor approval. He also stated the antibiotic did not help and only gave him stomach aches.

(14) On or about November 22, 2018, Plaintiff spoke with medical about being taken to the dentist and that tooth pain is persistent. He is informed that they will seek doctor approval this week.

(15) On or about November 28, 2018, Plaintiff submitted a request form stating that his tooth pain is still persistent.

(16) On or about December 1, 2018, Plaintiff spoke with medical about doctor approval. He is informed that they are still awaiting a response

(17) On or about December 23, 2018, Plaintiff spoke with medical about doctor approval and tooth pain. He is informed that an appointment was scheduled

(18) On or about January 18, 2019, Plaintiff spoke with medical about dentist appointment and tooth pain. He is informed an appointment was made, but could not be told when or how soon.

(19) On or about February 4, 2019, Plaintiff spoke with medical about dental appointment and tooth pain preventing sleep. He is informed that he will be taken soon.

INMATE LEGAL 3/20/'20

(20) On or about February 20, 2019, Plaintiff Spoke with Medical about still not being taken to the dentist and Several teeth are causing pain making Sleep and eating difficult. He is told to fill out another Sick call form.

(21) On or about February 20, 2019, Plaintiff filled out and Submitted yet another sick call form stating tooth pain

(22) On or about February 23, 2019, Plaintiff is Seen by medical and States he is in pain due too tooth aches he has been told Several times he was being taken to the dentist to complete the follow up and address the problem teeth, but still has not been taken. He has only been given tylenol and an antibiotic both of which did nothing to reduce the pain. He is told that they will contact the doctor to get an appointment.

(23) On or about March 6, 2019, Plaintiff filled out and Submitted an Inmate request Stating he had been seen by medical is in pain due too tooth aches, and has not heard anything.

(24) On or about March 10, 2019, Plaintiff filled out and Submitted another Inmate request Stating tooth pain still persistent and Still has not been taken to the dentist.

(25) On or about March 7, 2019, Plaintiff is seen by medical and states he is in pain preventing sleep and eating from several tooth aches. He also states this problem has been ongoing for months and he keeps getting lied too about going to the dentist. He is told they will contact the doctor today to get him into the dentist.

(26) On or about March 11, 2019, Plaintiff speaks with medical about dental appointment, and is told no dental appointment will be made, and the best they can do is tylenol and antibiotic which he stated did not help reduce pain only caused new issues before and was told months ago when he completed the same treatment stated today he would be taken to the dentist to complete the required work, He still has not been take

(27) On or about March 11, 2019, Plaintiff filled out and submitted another Inmate request stating he still has tooth pain and is being given the same treatment as before that did not work and that the dentist advised over 6 months ago that he needed drill and fill to prevent tooth loss. He also states the pain has only gotten worse please help me.

(28) On or about March 13, 2019, Plaintiff filled out and submitted another Inmate request stating he filled out an Inmate request on 3/10/19 about tooth pain still have not heard a response and that the problem is only getting worse.

INMATE LEGAL 3/20/'20

(29) On or about March 14, 2019, Plaintiff filled out and submitted an Inmate Grievance stating over 6 months ago he was seen by the dentist and informed he needed several drill and fills to prevent tooth loss. She wrote recomendation for 2 more visits. He was never taken. He filled out another sick call aprox 9/30/18 for tooth ache pain and filed a request 9/25/18 that he had not been taken for a follow up Appointment. He also states he was later told to complete an antibiotic which he did and still had tooth pain. He then states that medical is requesting he take an antibiotic again. He then states that he has been going in circles with doing the something that did nothing and again ignoring the dentists request. Pain getting worse and worse. He request's a remedy of getting him to a dentist to rip these things out or whatever has to be done.

(30) On or about March 17, 2019, Plaintiff filled out and submitted an Inmate request stating his grievance from 3/14/19 had not been returned and that tooth pain only getting worse.

(31) On or about March 20, 2019, Plaintiff filled out and submitted another Inmate request stating this is his 2nd request about unanswered grievance from 3/14/19 and that pain is still present.

(32) On or about March 21, 2019, Plaintiff is seen by medical. He states he is in horrible pain and has been told he was going to dentist several times, the tylenol does not help reduce the pain at

all, He has alrardy completed the antibiotic treatment months ago which only hurt his Stomach and did not help the pain. He was told he would go to the dentist after he completed the antibiotic treatment months ago, but was never taken. He states please follow the dentists requests. He is informed that Advanced Correctional Healthcare requires this type of process and if I want too see the dentist I must take the antibiotic again and deal with the Stomache pain. He States wie. will get me to the dentist to Stop this pain.

(33) On or about April 1, 2019, Plaintiff Spoke with metical about completed antibiotic treatment and dental appointment. He is informed an appointment was made

(34) On or about April 2, 2019 plaintiff is taken to the dentist. Several teeth are drilled and filled, but due to time the dentist has too leave teeth causing pain alone until next Visit and writes recommendation for another visit

(35) On or about April 5, 2019 Plaintiff Spoke with medical about teeth still in pain and requiring a follow up visit. He is informed that the dentist will be contacted and an appointment made.

(36) On or about May 4, 2019 Plaintiff Filled out and submitted an inmate request Stating he had seen the dentist over a month ag was told a follow up is needed to finish work, and

INMATE LEGAL 3/20/'20

his teeth are killing him please get him in ASAP.

(37) On or about May 9, 2019, Plaintiff is seen by medical. He states he is in severe pain that tylenol and orasel do nothing for. He states the dentist requested a follow up. He is inform that they will contact the dentist for an appointment.

(38) On or about May 9, 2019, Plaintiff received a response to his 5/4/19 inmate request stating After speaking with Pearlview to follow up the dentist recommended a root canal. This can be done when you leave our custody. And that the pain reported today is a new finding. No dental appointment

(39) On or about May 10, 2019, Plaintiff spoke with medical and stated that this tooth pain is nothing new it's been the same for months and that tylenol does nothing. He needs to get back to the dentist to have root canal or w.e. needs to happen to stop the pain. He is informed that neither the Sheriff or advanced correctional healthcare will pay for that and the best I can get is tylenol.

(40) On or about May 10, 2019, Plaintiff filled out and submitted an Inmate Grievance stating he has had tooth pain for months. He saw the dentist and he had to address several teeth. The one causing pain was left alone because he did not know how bad the other 2 where until he drilled He said come back in 4 weeks to have it pulled. Spol

to medical on 5/9/19 and was told she would get appointment to have it pulled. Now at med cart He is told this is a new issue when this is the same issue that he has been trying to have it addressed for months. He request a remedy of correct the issue not cover it. Please get me Appt. to get this tooth out.

(41) On or about May 14, 2019, Plaintiff received his 5/10/19 Grievance back Stating scanned to medical + the marshalls.

(42) On or about May 23, 2019, Plaintiff spoke to medical about unanswered grievance and informed him they are awaiting doctors orders

(43) On or about June 5, 2019, Plaintiff filled out and Submitted an appeal for his 5/10/19 Grievance Stating still no response pain increasing orajel not working now.

(44) On or about June 6, 2019, Plaintiff received back his 6/5/19 appeal stamped copy with no response.

(45) On or about June 15, 2019, Plaintiff filled out and Submitted an Inmate request Stating Still no response to my 5/10/19 Grievance or 6/5/19 appeal. Pain cont. to get worse.

(46) On or about July 5, 2019, Plaintiff fill out and submitted an Inmate Grievance

Stating still no response to request, Grievance, or appeal. Can not Sleep please follow dentist orders and respond to filed documents with a remedy sought Stating respond and resolve.

(47) On or about July 9, 2019, Plaintiff Spoke to medical and Stated he has had no update the pain is preventing sleep, eating, and constant emotional distress. He is informed they are in the process of responding to paper work.

(48) On or about July 11, 2019, Plaintiff Submitted his 5/10/19 Grievance, 6/5/19 Appeal, and outline of events to Springfield for review.

(49) On or about July 11, 2019, Plaintiff filled out and Submitted an Inmate request Stating his grievances have not been responded too. He received the request back Stating FWD to Deputy Commander grievances FWD to medical.

(50) On or about July 12, 2019, Plaintiff Spoke to medical again about grievances and tooth pain. He is informed to fill out another Sick call request

(51) On or about July 12, 2019, Plaintiff filled out and submitted another Sick call Stating tooth pain cont.

(52) On or about July 14, 2019, Plaintiff is Seen by Medical and States again the pain is preventing Sleep, eating, Causing emotional distress. He

INMATE LEGAL 3/20/'20

also states that all treatment given so far has not helped and the dentist orders are being ignored. He is informed they will contact the doctor

(53) On or about July 20, 2019, plaintiff speaks to medical regarding his tooth pain and is told that there is nothing more they are willing to do.

(54) On or about July 23, 2019, Plaintiff filled out and submitted an Inmate request seeking copies of his last 6 grievances.

(55) On or about July 24, 2019, Plaintiff received a response to his 7/8/19 grievance stating medical advised you will be seen by the doctor this week.

(56) On or about July 24, 2019, Plaintiff spoke with Jeanne Russo regarding his tooth pain and the previously mentioned facts. He is informed she will look into the issue and have copy of grievances looked for.

(57) On or about July 25, 2019, Plaintiff is seen by medical and the doctor. He states he has been in pain for months he has been given tylenol and antibiotic both of which did nothing to help the pain. He also states the dentist required a follow up to have teeth pulled aswell as a root-canal, but his advisement has been ignored. He is informed that there company will not pay for that and they have done all

that they can. Plaintiff then states the pain is horrible he can't sleep at times, and has to eat a strict diet because nothing helps the pain. He is informed that he can have the teeth taken care of when he goes to prison.

(58) On or about July 26, 2019, Plaintiff spoke with Jeanne Russo regarding the 7/25/19 doctor visit and stated what was told to him. He is informed that is the policy of the Kendall County Sheriff's Office and Advanced Correctional Healthcare and nothing more can be done.

(59) On or about July 26, 2019, Plaintiff filled out and submitted an Inmate Grievance stating He has been in pain for months due to severe tooth pain. The dentist advised a root-canal and pulling, but his advisement has been ignored ~~due~~ to cost savings. Please help me and stop this pain. He request a remedy of remove these teeth please.

(60) On or about August, 6, 2019, Plaintiff filled out and submitted an inmate request stating still have not received 3 of my last grievances about tooth pain please respond and return

(61) On or about August, 6, 2019, Plaintiff filled out and submitted an inmate grievance stating he has not gotten responses to his grievances, and his tooth pain is still present with a remedy sought of please respond to

INMATE LEGAL 3/20/'20

grievances and resolve issue to have teeth addressed. I can't leave.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**V. Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

A. Declare that the acts and omissions described herein violated Plaintiff's rights unter the constitution of the U.S.
B. Order Defendants to pay compensatory and punitive damages
C. Grant Injunctive relief to have tooth pain addressed properly and follow dentist orders.
D. Grant other just and equitable Relief that this Honorable court deems necessary.

VI. The plaintiff demands that the case be tried by a jury. ☑ YES ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 9 day of March, 2020

[signature]
(Signature of plaintiff or plaintiffs)

Jacob M. Currey
(Print name)

280811
(I.D. Number)

1102 Cornell Lane
Yorkville, IL 60560
(Address)

6

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

INMATE LEGAL 3/20/'20

Jacob Currey (280811)
1102 Cornell Lane
Yorkville, IL 60560

CLICK IT OR
TICKET
BUCKLE UP

NEOP
03/23
US P

1:20-CV-02254

MAIL FROM
KENDALL COUNTY
CORRECTIONS

United States District Co
Prisoner Correspondence
Northen District Of Illinois
219 South Dearborn Stree
Chicago, Illinois 60604

JUDGE KENDALL
MAGISTRATE JUDGE HARJANI

PC 8

FILED
4/8/2020
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

AC